| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>DUBOIS, JAN E | 2. Court or Organization<br><br>U.S.D.C., E.D., PA | 3. Date of Report:<br><br>8/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE, U.S.D.C. | 5. ReportType (check appropriate type)<br><br>( ) Nomination, Date<br><br>( ) Initial   (●) Annual   ( ) Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>12613 U.S. COURTHOUSE<br><br>601 MARKET STREET<br><br>PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
AUG 15 11 42 AM '05
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 2. Pennsylvania Insd. Mun. Inc. Bond Trust (1) | A | Interest | J | T | | | | | |
| 4. Verizon Communications (37) | A | Dividend | | | Sell | 1/27 | K | E | |
| 5. Bell South Corp. | B | Dividend | L | T | | | | | |
| 10. General Electric Co. | D | Dividend | N | T | | | | | |
| 11. Gillette Co. | C | Dividend | M | T | | | | | |
| 15. Bristol-Myers Squibb Co. | B | Dividend | L | T | | | | | |
| 28. Altoona PA. Area Sch. Dist. Auth. 6.5% 1/1/08 | A | Interest | J | T | | | | | |
| 47. Royal Dutch Pet. | B | Dividend | K | T | | | | | |
| 58. Home Depot Inc. (5) IRA | A | Dividend | L | T | | | | | |
| 59. Intel Corp. (5) IRA | A | Dividend | L | T | | | | | |
| 64. Morgan Stanley Dean Witter Liquid Asset Fund (5) IRA | A | Dividend | M | T | | | | | |
| 65. Morg. Stan. Dean Witter Glob. Div. Grow. (B) IRA | | None | | | Sell | 3/23 | L | | |
| 66. Morgan Stanley Dean Witter Liquid Asset Fund (6) IRA | A | Dividend | J | T | | | | | |
| 68. Motorola, Inc. (5) IRA | A | Dividend | | | Sell | 1/27 | K | C | |
| 69. Merck & Co. (5) (42) IRA | C | Dividend | L | T | | | | | |
| 75. American Electric Power Co. (9) | A | Dividend | J | T | | | | | |
| 78. Bristol Myers Squibb Co. (9) | A | Dividend | K | T | | | | | |
| 80. Emerson Electric Co. (9) | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. Ford Motor Co. (9) | A | Dividend | | | Sell | 9/20 | K | | |
| 86. Royal Dutch Pet (9) | B | Dividend | K | T | | | | | |
| 88. South Jersey Ind. Inc. (9) | A | Dividend | K | T | | | | | |
| 89. Quest Com. Int'l Inc. (9)(34) | | None | J | T | | | | | |
| 94. First Union National Bank (10) | A | Interest | J | T | | | | | |
| 96. Liberty All Star Equity FD SBI (9) | B | Dividend | J | T | | | | | |
| 99. NCR Corporation | | None | J | T | | | | | |
| 102. CitiGroup (5) IRA | C | Dividend | M | T | | | | | |
| 106. Capital Opportunity TR B (6)(28)IRA | | None | | | Sell | 7/23 | J | | |
| 109. Morgan Stanley Dean Witter High Yield B | A | Dividend | J | T | | | | | |
| 110. Active Assets Money Trust (17) | A | Dividend | L | T | | | | | |
| 111. Active Assets Money Trust (17)(9) | A | Dividend | L | T | | | | | |
| 112. Active Assets Money Trust (17) | A | Dividend | K | T | | | | | |
| 120. Morgan Stanley Dean Witter S&P 500 Index B(5)IRA | B | Dividend | M | T | | | | | |
| 123. Yahoo, Inc. (6) IRA | | None | | | Sell | 12/1 | K | E | |
| 125. Citigroup (9)(35) | A | Dividend | J | T | | | | | |
| 131. NJ St. Housing & Mort. 5.2% Due 4/1/07 IRA | B | Interest | K | T | | | | | |
| 132. MICH. ST. HOSP. FIN AUTH REV REF-TRINITY HEALTH-SER A | B | Interest | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. Oracle Corp. (5) IRA | | None | K | T | | | | | |
| 135. Microsoft Corp. (5) IRA | | None | | | Sell | 1/27 | L | | |
| 136. Nokia CP ADR (5) IRA | A | Dividend | K | T | | | | | |
| 137. Cisco Sys Inc. (5) IRA | | None | L | T | | | | | |
| 138. MorganStanleyDeanWitter (Trust) (9) | A | Dividend | L | T | | | | | |
| 139. Visteon Corp. (Trust)(9)(36) | A | Dividend | J | T | | | | | |
| 140. Biogen (6) IRA | | None | | | Sell | 2/20 | K | | |
| 141. Zimmer Hldgs. Inc.(Trust) (38) | | None | J | T | | | | | |
| 142. Zimmer Hldgs. Inc. (38) | | None | J | T | | | | | |
| 143. Travelers PPT CAS CP B (40) | | None | | | Sell | 4/12 | J | A | |
| 144. Travelers PPTY CAS CP A (40) | | None | | | Sell | 4/12 | J | A | |
| 145. IL HLTH FAS-A BE (07-01-10) | B | Interest | K | T | | | | | |
| 146. Travelers PPTY CAS CP B (40) (TRUST) | A | Dividend | | | Sell | 4/12 | J | A | |
| 147. Travelers PPTY CAS CPA (40) (TRUST) | A | Dividend | | | Sell | 4/12 | J | A | |
| 148. Duke Energy Corp. | B | Dividend | L | T | | | | | |
| 149. Westmoreland Cnty PA Genl 4.45 12/01/05 | B | Interest | K | T | | | | | |
| 150. Owen J. Roberts Sch Dist PA 5.375 5/15/18 | B | Interest | K | T | | | | | |
| 151. Dow Chemical Co. (5) IRA | B | Dividend | | | Sell | 11/18 | K | E | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 8/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. Pfizer, Inc. (5) IRA | B | Dividend | L | T | | | | | |
| 153. Templeton Foreign Fund C (6) | A | Dividend | L | T | | | | | |
| 154. JP Morgan Chase & Co. (9) (TRUST) | A | Dividend | | | Sell | 1/20 | K | D | |
| 155. Raytheon Co (NEW) (5) IRA | A | Dividend | K | T | | | | | |
| 156. Scudder Preserv Plus Inc. C. (5) IRA | B | Dividend | L | T | | | | | |
| 157. Genl Elec Cap 5 7/8 2/18/33 (5) IRA | C | Dividend | L | T | Buy | 7/29 | K | | |
| 158. Aim Premier Equity A (5) (41) IRA | A | Dividend | M | T | | | | | |
| 159. Medco Health Solutions, Inc. (5)(42) IRA | | None | J | T | | | | | |
| 160. Jones Soda Co. (6) IRA | | None | K | T | Buy | 3/3 | J | | |
| | | | | | Buy | 7/23 | J | | |
| 161. IShares MSCI Japan Index Fund (6) IRA | A | Dividend | K | T | Buy | 3/23 | K | | |
| 162. Ishares MSCI EAFE Fund (6) IRA | A | Dividend | L | T | Buy | 3/23 | L | | |
| 163. Allscripts Healthcare Shs Inc. (6) IRA | | None | K | T | Buy | 12/1 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

(1) (Line 2) Originally included 14 separate purchases of units of Pennsylvania Insured Municipal Bond Trusts for the years 1987 through 1991.  Ten of the 14 groups of units in the Municipal Bond Trusts were sold in 1993 at a loss.  Purchases of Pennsylvania Insured Municipal Bond Trusts in 1992 are separately listed on lines 34 through 37, 40 and 41, in 1993 on line 45, and in 1994 on line 55.  The figures on line 2 are for the four remaining groups of units in Municipal Bond Trusts.  Pennsylvania Insured Municipal Bond Trusts 54M, 55M, 68M, and 117M.  All units of series 68M (5) and series 117(M) (4) were sold on January 31, 1995, at a loss.  presently owns ██ units of series 54M.

(5) (Lines 58, 59, 64, 68, 69, 102, 106, 120, 132, 134, 135, 136, 137, 151, 152, 155, 156, 157, 158) Securities in an IRA Account with Morgan Stanley.

(6) (Lines 65, 66, 106, 123, 131, 140, 153, 160, 161, 162, 163) Securities in ██████ IRA Account with Morgan Stanley.

(9) (Lines 75, 77, 78, 80, 82, 86, 88, 89, 96, 111, 125, 138, 139, 154) Securities in ██████ Trust of which ██████ is co-trustee and income beneficiary.

(10) (Line 94) Checking Account.

(17) (Lines 110, 111 and 112) Morgan Stanley Money Market Funds.

(28) (Line 106) Morgan Stanley Dean Witter Mid-Cap Growth B changed name to Morgan Stanley Dean Witter Mid-Cap Equity Trust B.   Morgan Stanley Dean Witter Mid-Cap Equity Trust B changed name to Capital Opportunity Trust B.

(34) (Line 89) ██████ of U.S. West inc., exchanged for ██████ of Quest Communications International, Inc.

(35) (Line 125) ██████ of Associates First Cap CP A exchanged for ██████ Citigroup.

(36) (Line 139) Spin-off from Ford Motor Company.

(37) (Line 4) Bell Atlantic Corporation changed its name to Verizon Communications.

(38) (Lines 141 and 142) Spin-off from Bristol Myers-Squibb Company.

(40) (Lines 143, 144, 146 and 147) Spin-off from CitiGroup.

(41) (Line 158) Aim Value Fund B changed its name to Aim Premier Equity B.  Aim Premier Equity B was converted to Aim Premier Equity A.

(42) (Line 159) Stock dividend distributed to Merck & Co (Line 69).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date  8|12|05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544